Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, as Next Friend of JOHN DOES I–IV and JANE DOE; et al.<br><br>Plaintiff(s)<br>v.<br>JOHN F. KELLY; Secretary, U.S. Department of Homeland Security, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:17-cv-1761-JLS-AFM<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Blume, Robert C. of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(303) 298-5758    (303) 313-2870

*Telephone Number*    *Fax Number*

rblume@gibsondunn.com

*E-Mail Address*

Gibson, Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
INTERNATIONAL REFUGEE ASSISTANCE PROJECT, as Next Friend of JOHN DOES I–IV and JANE DOE; and
John Does I-IV and Jane Doe

*Name(s) of Party(ies) Represented*    [X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**

Yott, Jenna M. of

*Designee's Name (Last Name, First Name & Middle Initial)*

251901    (415) 393.8369    (415) 374.8441

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

JYott@gibsondunn.com

*E-Mail Address*

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

[ ] DENIED:  [ ] for failure to pay the required fee.

    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    [ ] for failure to complete Application:

    [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.

    [ ] because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  [ ] be refunded  [ ] not be refunded.

Dated March 06, 2017

JOSEPHINE L. STATON

**U.S. District Judge**